**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| EVELYN NICKERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-1033-JDK-JDL |
| | § | |
| NEWMARK, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

On June 24, 2025, Plaintiff Evelyn Nickerson, proceeding pro se, filed this action against Defendants in state court. Docket No. 1-5. Defendants removed the action from state court on August 7, 2026. Docket No. 1. This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 14, 2026, Defendants filed a motion to dismiss. Docket No. 3. On September 18, 2026, the Magistrate Judge issued a report and recommendation recommending that this action be dismissed without prejudice as time barred. Docket No. 7. No objections to the report have been filed, and the timeframe for doing so has passed.

Because objections to the Magistrate Judge's report have not been filed, the parties are barred from de novo review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

Having reviewed the pleadings, the Court agrees that Plaintiff's suit was untimely under 42 U.S.C. § 2000e-5(f)(1). As such, the Court has determined that the recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), cert. denied, 492 U.S. 918, 109 S.Ct. 3243 (1989) (holding that where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Accordingly, it is hereby **ORDERED** that the conclusion of the Magistrate Judge's report, Docket No. 7, is **ADOPTED**. Plaintiff's claims are **DISMISSED** without prejudice as time barred.

So **ORDERED** and **SIGNED** this **20th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE